UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DONNICE ROBERTS, Individually, and as NEXT FRIEND of JOHNNY and JANIE DOE, minors<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL GEOGRAPHIC SOCIETY; a District of Columbia Corporation; FOX CABLE NETWORKS, INC., a Delaware Corporation; and FOX ENTERTAINMENT GROUP, INC., a Delaware Corporation,<br><br>Defendants. | § § § § § § § § § § § § § § § § | CAUSE NO. 6:12-cv-839 |

## NOTICE OF SETTLEMENT

Please take notice that a settlement has been reached in this matter.

Respectfully submitted,

/s/Jeffrey T. Embry
Jeffrey T. Embry
State Bar No. 24002052
HOSSLEY &EMBRY, LLP
320 S. Broadway, Suite 100
Tyler, Texas 75702
Ph. 903-526-1772
Fax. 903-526-1773
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that any counsel of record have been served a copy of this pleading in compliance with the Federal Rules of Civil Procedure and via the Court's electronic filing system on this 18th day of February 2013.

/s/Jeffrey T. Embry
Jeffrey T. Embry