**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| DONNICE ROBERTS, Individually, and as NEXT FRIEND of JOHNNY and JANIE DOE, minors | § § § § | |
| v. | § § | No. 6:12-cv-839 |
| NATIONAL GEOGRAPHIC SOCIETY, ET AL. | § § § | |

## ORDER FOR CLOSING DOCUMENTS

On February 18, 2013, Plaintiff advised the Court that this case has settled. (Doc. No. 14). Accordingly, it is ORDERED that all parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **Friday March 1, 2013**. If such papers are not received by the Court by the scheduled deadline, the Court may order that the case be dismissed or may enter such orders as are just and necessary to ensure proper resolution of this case.

**It is SO ORDERED**.

**SIGNED this 22nd day of February, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE