IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DONNICE ROBERTS, Individually, and as NEXT FRIEND OF JOHNNY and JANIE DOE, minors, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:12-cv-00839-MHS |
| NATIONAL GEOGRAPHIC SOCIETY, A District of Columbia Corporation; FOX CABLE NETWORKS, INC., a Delaware Corporation; and FOX ENTERTAINMENT GROUP, INC., a Delaware Corporation, | § § § § § § § § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

In this case, the parties have reached a full and final settlement of all claims asserted in this action. Accordingly, the parties jointly move this Court to dismiss with prejudice all of plaintiffs' claims in their entirety. The parties will bear their own costs, expenses, and attorney fees.

A proposed Order accompanies this Motion pursuant to Local Rule CV-7(a).

Dated: March 1, 2013

Respectfully submitted,

/s/ *Jeffrey T. Embry (w/permission)*
Jeffrey T. Embry
State Bar No. 24002052
Attorney-in-Charge
HOSSLY & EMBRY, LLP
320 S. Broadway, Suite 100
Tyler, Texas 75702
903.526.1772 (telephone)
903.596.1773 (fax)
jeff@hosslyembrey.com

COUNSEL FOR PLAINTIFFS

Andy Tindel w/ permission of Lead Attorney

Andy W. Tindel
State Bar No. 20054500
Andy Tindel, Attorney &
Counselor at Law, P.C.
112 E. Line Street, Suite 304
Tyler, Texas 75702
903.596.0908 (telephone)
903.596.0909 (fax)
atindel@andytindel.com

Thomas S. Leatherbury
State Bar No. 12095275
Marc A. Fuller
State Bar No. 24032210
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
214.220.7792 (telephone)
214.999.7792 (fax)
tleatherbury@velaw.com

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that all parties agree to the relief requested herein and jointly make this motion.

_____
Andy Tindel

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing instrument via the Court's CM/ECF filing.

_____
Andy Tindel