## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| DONNICE ROBERTS, Individually, and as NEXT FRIEND OF JOHNNY and JANIE DOE, minors, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:12-cv-00839-MHS |
| NATIONAL GEOGRAPHIC SOCIETY, A District of Columbia Corporation; FOX CABLE NETWORKS, INC., a Delaware Corporation; and FOX ENTERTAINMENT GROUP, INC., a Delaware Corporation, | § § § § § § § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

Having considered the parties' Joint Motion to Dismiss with Prejudice (Doc. No. 16) and having found good cause therefor, the Court hereby GRANTS the motion.  It is therefore ORDERED that all claims in this case are dismissed with prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

   **It is SO ORDERED.**

   **SIGNED this 4th day of March, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE