# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| DONNICE ROBERTS, Individually, and as NEXT FRIEND OF JOHNNY and JANIE DOE, minors, § § § § | |
| v. § | Civil Action No. 6:12-cv-839 |
| NATIONAL GEOGRAPHIC SOCIETY, FOX CABLE NETWORKS, INC., FOX ENTERTAINMENT GROUP, INC. § § § § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

It is SO ORDERED.

SIGNED this 4th day of March, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE